IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br><br>  Plaintiff, )<br><br>vs. )<br><br>PVS VENTURES LLC, TAC FONDREN, LLC )<br>and LV PARKVIEW INVESTMENTS LLC, )<br><br>  Defendants. ) | CIVIL ACTION<br><br>Case No. 4:26-CV-00827 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ERIK GARCIA and Defendants, PVS VENTURES LLC, TAC FONDREN, LLC and LV PARKVIEW INVESTMENTS LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, PVS VENTURES LLC, TAC FONDREN, LLC and LV PARKVIEW INVESTMENTS LLC and this entire action, with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 10th day of March 2026.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

/s/ John Na\
John Na, Esq.\
State Bar No. 24074786\
Pete Mai, Esq.\
State Bar No. 24029702\
Mai & Na PLLC\
9999 Bellaire Blvd., Suite 508\
Houston, TX  77036\
Tel:  (713) 505-1637\
Email:  john@mnnlawfirm.com\
       pete@mnnlawfirm.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March 2026, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro\
Douglas S. Schapiro\
Southern District of Texas ID No. 3182479